AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (last name, first, middle initial)<br><br>DITTER, JR., J. WILLIAM | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date of Report<br><br>05/15/2006 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>INDEPENDENCE MALL WEST<br>PHILADELPHIA, PA. 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Consultors | Villanova University School of Law |
| 2. Co-trustee | ███████████ trust |
| 3. Co-trustee | ███████████ trust |
| 4. Trustee | ████████ trust |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DITTER, JR., J. WILLIAM | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

**A. Filer's Non-Investment Income**

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

**B. Spouse's Non-Investment Income -** *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DITTER, JR., J. WILLIAM | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | $ 0.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DITTER, JR., J. WILLIAM | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Archer Daniels Midland, common | A | Dividend | | | | | | | |
| 2. Alliance Fund, Cap A, Mid Cap Growth | | None | | | | | | | |
| 3. Eastman Kodak, common | A | Dividend | J | T | | | | | |
| 4. Equitable Resources, common | A | Dividend | | | | | | | |
| 5. Kinross Gold, common. | | None | J | T | | | | | |
| 6. Wachovia Corporation, common | A | Dividend | | | | | | | |
| 7. Mellon Financial Corp., common | A | Dividend | J | T | | | | | |
| 8. Exxon Mobil Corporation, common | A | Dividend | | | | | | | |
| 9. Marshall & Isley Corp., common | A | Dividend | J | T | | | | | |
| 10. National Security Ins. Co., common | A | Dividend | J | T | | | | | |
| 11. PPL Corporation, common | C | Dividend | M | T | | | | | |
| 12. Exelon, common | B | Dividend | K | T | | | | | |
| 13. PNC Financial, common | A | Dividend | | | | | | | |
| 14. Union National Bank | A | Interest | J | T | | | | | |
| 15. Union National Bank | A | Interest | J | T | | | | | |
| 16. Union National Bank | A | Interest | J | T | | | | | |
| 17. Ursinus College Pooled Income Fund | A | Dividend | K | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DITTER, JR., J. WILLIAM | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mellon Financial Corporation | A | Interest | J | T | | | | | |
| 19. ▇▇▇▇ Trust | C | Dividend | L | T | | | | | |
| 20. -PPL Corporation, common | | | | | | | | | |
| 21. -Magellan Fund | | | | | Partial Sale | 3/29/ | J | A | |
| 22. -Magellan Fund | | | | | Partial Sale | 7/11 | J | A | |
| 23. -Magellan Fund | | | | | Partial Sale | 8/2 | J | A | |
| 24. -Magellan Fund | | | | | Partial Sale | 10/27 | J | A | |
| 25. -Magellan Fund | | | | | Partial Sale | 12/05 | J | A | |
| 26. ▇▇▇▇ Trust | B | Dividend | L | T | | | | | |
| 27. -PPL Corporation, common | | | | | | | | | |
| 28. -Magellan Fund | | | | | Partial Sale | 3/29 | J | B | |
| 29. -Magellan Fund | | | | | Partial Sale | 4/4 | J | A | |
| 30. Magellan Fund | | | | | Partial Sale | 7/25 | J | | |
| 31. Schering Plough, common | A | Dividend | | | | | | | |
| 32. ▇▇▇▇ Trust | B | Dividend | K | T | | | | | |
| 33. -PPL Corporation, common | | | | | | | | | |
| 34. -Merck & Co., Inc., common | | | | | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000

F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes
(See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000

3. Value Method Codes
(See Column C2)
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
P4 =More than $50,000,000
S =Assessment
W =Estimated
T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| DITTER, JR., J. WILLIAM | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Medco Health Solutions, common | | | | | | | | | |
| 36. Eastman Chemical, common | A | Dividend | J | T | | | | | |
| 37. Medtronic Inc., common | A | Dividend | | | | | | | |
| 38. Prudential Financial, Inc., common | A | None | J | T | | | | | |
| 39. General Electric, common | A | Dividend | | | | | | | |
| 40. Total Contrtol Account | A | Interest | J | T | | | | | |
| 41. Citizens Bank | A | Interest | J | T | | | | | |
| 42. Cuna Mutual Insurance | A | Interest | J | T | | | | | |
| 43. Sovereign Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DITTER, JR., J. WILLIAM | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Explanations for Part VII

Lines 1, 2, 4, 6, 8, 13, 30, 37, and 39. These securities were owned by ▮▮▮▮ who died in 2005. They passed to beneficiaries under the terms of her will.

Line 17. In previous years a gift was given to the College as a result of which I receive an annuity. Although the value of the shares from which this income is derived is shown, those shares actually belong to the College.

Line 21. Shares of Magellan Fund were liquidated to pay taxes.

Line 22. Shares of Magellan Fund were liquidated to repay a loan.

Lines 23 and 25. Shares of Magellan Fund were liquidated to pay for tuition.

Line 24. Shares of Magellan Fund were liquidated to pay for tuition and books.

Lines 28 and 29. Shares of Magellan Fund were liquidated to pay for tuition and taxes.

Line 30. Shares of Magellan Fund were liquidated to pay for tuition.

| Name of Person Reporting | Date of Report |
|---|---|
| DITTER, JR., J. WILLIAM | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig_____ Date_ May 12, 2006

NO_____ ____Y FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AN_____

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544